# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Huck, Paul C. | 2. Court or Organization<br><br>SD-FL | 3. Date of Report<br><br>07/31/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

7. Chambers or Office Address

90 NE Fourth Street
Miami, Florida 33132

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Miami | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed (retail clothing sales consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar | 05/15/2018-05/18/2018 | Gainesville, FL | CLE Instructor | Transportation, meals, lodging |
| 2. | Florida Bar | 06/14/2018-06/15/2018 | Orlando, FL | CLE Roundtable | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Account #1 (H) | | | | | | | | | |
| 2. Raymond James Bank Deposit (cash) | A | Interest | | | Closed | 04/19/18 | K | | |
| 3. JPMorgan U.S. Government Money Market Fund (JJGXX) | A | Dividend | N | T | Buy | 04/19/18 | K | | |
| 4. Alphabet Inc Cap Stk Cl A (GOOGL) | | None | L | T | | | | | |
| 5. Alphabet Inc Cap Stk Cl C (GOOG) | | None | L | T | | | | | |
| 6. Berkshire Hathaway Inc Cl B (BRK.B) | | None | M | T | | | | | |
| 7. Brown Forman Corp Cl B (BF.B) | B | Dividend | K | T | Sold (part) | 09/04/18 | J | C | |
| 8. CBS Corporation New Class B (CBS) | A | Dividend | K | T | Buy | 08/03/18 | K | | |
| 9. Cleveland Cliffs Inc (CLF) | | None | K | T | | | | | |
| 10. Dell Technologies Corporation Class C (formerly Class V) (DELL) | | None | K | T | Buy | 11/02/18 | L | | |
| 11. Dowdupont Incorporated (DWDP) | A | Dividend | | | Buy | 02/09/18 | K | | |
| 12. | | | | | Sold | 10/24/18 | K | | |
| 13. Exxon Mobil Corp (XOM) | C | Dividend | L | T | | | | | |
| 14. Facebook Incorporated Class A (FB) | | None | | | Sold (part) | 04/05/18 | J | D | |
| 15. | | | | | Sold | 12/26/18 | L | D | |
| 16. Fortive Corporation (FTV) | A | Dividend | K | T | | | | | |
| 17. FRP Holdings Incorporated (FRPH) | | None | | | Buy | 07/09/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/27/18 | K | | |
| 19. General Electric Company (GE) | A | Dividend | | | Buy | 04/02/18 | K | | |
| 20. | | | | | Sold | 11/07/18 | J | | |
| 21. Heico Corporation New Class A (HELA) | | None | K | T | Buy | 08/15/18 | L | | |
| 22. | | | | | Sold (part) | 09/06/18 | K | B | |
| 23. IShares TR Core MSCI EAFE (IEFA) | B | Dividend | | | Sold | 10/24/18 | L | | |
| 24. Itron Incorporated (ITRI) | | None | K | T | Buy | 05/24/18 | K | | |
| 25. Johnson & Johnson (JNJ) | B | Dividend | L | T | Buy | 02/23/18 | L | | |
| 26. JP Morgan Chase & Company (JPM) | B | Dividend | L | T | Sold (part) | 07/05/18 | K | D | |
| 27. Lauder Estee Companies Incorporated Cl A (EL) | A | Dividend | L | T | | | | | |
| 28. McCormick & Company Incorporated Com (MKC) | B | Dividend | K | T | Sold (part) | 11/14/18 | K | D | |
| 29. Microsoft Corporation (MSFT) | B | Dividend | L | T | | | | | |
| 30. Pacira Pharmaceuticals Incorporated (PCRX) | | None | | | Sold | 02/23/18 | J | | |
| 31. Paypal Holdings Inc (PYPL) | | None | | | Sold | 11/14/18 | K | C | |
| 32. Pepsico Inc (PEP) | B | Dividend | L | T | | | | | |
| 33. Progressive Corporation Ohio (PGR) | B | Dividend | L | T | | | | | |
| 34. Qualcomm Incorporated (QCOM) | A | Dividend | | | Buy | 09/07/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/27/18 | L | | |
| 36. Raytheon Company Com New (RTN) | B | Dividend | L | T | | | | | |
| 37. Starbucks Corporation (SBUX) | A | Dividend | K | T | Sold (part) | 06/25/18 | K | E | |
| 38. Toro Company (TTC) | A | Dividend | | | Buy | 01/31/18 | K | | |
| 39. | | | | | Sold | 04/19/18 | K | | |
| 40. Trupanion Incorporated (TRUP) | | None | | | Buy | 09/11/18 | K | | |
| 41. | | | | | Sold | 11/05/18 | K | | |
| 42. Waste Connections Inc (WCN) | A | Dividend | L | T | | | | | |
| 43. Zoetis Inc Class A (ZTS) | A | Dividend | K | T | | | | | |
| 44. Account #2 (H) | | | | | | | | | |
| 45. Raymond James Bank Deposit (cash) | A | Interest | | | Closed | 06/04/18 | K | | |
| 46. JPMorgan U.S Government Money Market Fund (JJGXX) | A | Dividend | L | T | Buy | 06/04/18 | K | | |
| 47. Abbvie Incorporated (ABBV) | B | Dividend | L | T | Buy | 01/24/18 | L | | |
| 48. Altria Group Inc (MO) | B | Dividend | K | T | | | | | |
| 49. Boston Scientific Corporation (BSX) | | None | L | T | Buy | 05/29/18 | K | | |
| 50. Brown Forman Corp Cl B (BF.B) | B | Dividend | K | T | Sold (part) | 05/01/18 | K | D | |
| 51. | | | | | Sold (part) | 09/04/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Citigroup Inc NTS OID ISIN (172967GT2) | C | Interest | L | T | | | | | |
| 53. Danaher Corporation Del (DHR) | A | Dividend | K | T | Buy | 03/07/18 | K | | |
| 54. Dell Technologies Inc Class C (formerly Class V) (DELL) | | None | K | T | Sold | 07/05/18 | K | D | |
| 55. | | | | | Buy | 09/12/18 | L | | |
| 56. Endurance Specialty Holdings LTD NTS ISIN (614810AB5) | B | Interest | L | T | | | | | |
| 57. FRP Holdings Incorporation (FRPH) | | None | K | T | Buy | 07/09/18 | L | | |
| 58. Halliburton Company (HAL) | A | Dividend | | | Sold | 09/12/18 | K | | |
| 59. Infinity Proerty & Casualty NTS ISIN (45665QAF0) | C | Interest | M | T | | | | | |
| 60. Itron Incorporated (ITRI) | | None | K | T | Buy | 05/01/18 | K | | |
| 61. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 62. Lockheed Martin Corporation (LMT) | C | Dividend | M | T | | | | | |
| 63. Microsoft Corporation (MSFT) | B | Dividend | L | T | | | | | |
| 64. Monmouth Real Estate Invt Corp Class A (MNR) | A | Dividend | J | T | | | | | |
| 65. Nextera Energy Incorporated (NEE) | B | Dividend | L | T | | | | | |
| 66. Paypal Holdings Incorporated (PYPL) | | None | | | Sold | 11/14/18 | K | C | |
| 67. Pepsico Incorporated (PEP) | B | Dividend | L | T | | | | | |
| 68. Progressive Corporation Ohio (PGR) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Raytheon Company Com New (RTN) | B | Dividend | L | T | | | | | |
| 70. Red Hat Incorporated (RHT) | | None | | | Sold (part) | 05/10/18 | K | E | |
| 71. | | | | | Sold (part) | 06/25/18 | K | D | |
| 72. | | | | | Sold | 11/01/18 | K | E | |
| 73. Regions Financial Corporation NTS ISIN (7591EPAK6) | B | Interest | L | T | | | | | |
| 74. Tractor Supply Company (TSCO) | | None | | | Sold | 03/07/18 | K | | |
| 75. Trupanion Incorporated (TRUP) | | None | | | Buy | 09/25/18 | K | | |
| 76. | | | | | Sold | 11/05/18 | K | | |
| 77. Waste Connections Inc (WCN) | A | Dividend | M | T | | | | | |
| 78. Account #3 (H) | | | | | | | | | |
| 79. Raymond James Bank Deposit (cash) | A | Interest | | | Closed | 04/19/18 | L | | |
| 80. JPMorgan U.S Government Money Market Fund (JJGXX) | A | Interest | M | T | Buy | 04/19/18 | L | | |
| 81. Abbvie Incorporated (ABBV) | B | Dividend | K | T | Buy | 03/07/18 | K | | |
| 82. Alabama Water Pollution Ctl Auth (010653TV5) | B | Interest | | | Redeemed | 08/15/18 | L | B | |
| 83. American Intl Group Inc NTS ISIN (026874CX3) | B | Interest | L | T | | | | | |
| 84. Amgen Inc NTS ISIN (031162BD1) | C | Interest | M | T | | | | | |
| 85. Aspen Insurance Holdings LTD NTS ISIN (04530DAD4) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Casella Waste Systems Inc Class A | | None | K | T | | | | | |
| 87. CBS Corporation New Class B (CBS) | A | Dividend | K | T | Buy | 08/03/18 | K | | |
| 88. Cisco Systems Incorporated (CSCO) | A | Dividend | K | T | Buy | 09/11/18 | K | | |
| 89. Celeveland Cliffs Incorporated (CLF) | | None | | | Buy | 01/31/18 | K | | |
| 90. | | | | | Sold | 09/27/18 | K | D | |
| 91. Dowdupont Incoporated (DWDP) | B | Dividend | | | Buy | 02/09/18 | L | | |
| 92. | | | | | Sold | 12/04/18 | L | | |
| 93. DXC Technology Co NTS ISIN (23355LAA4) | C | Interest | M | T | | | | | |
| 94. Florida St Brd Ed Ser 2008 A (34153PFP8) | B | Interest | | | Redeemed | 06/01/18 | M | B | |
| 95. Genreal Electric Company (GE) | A | Dividend | | | Buy | 04/02/18 | K | | |
| 96. | | | | | Sold | 11/07/18 | K | | |
| 97. Heico Corporation New Cl A (HELA) | | None | K | T | Buy | 08/15/18 | K | | |
| 98. Heska Corporation Com Restrc New (HSKA) | | None | | | Buy | 03/22/18 | L | | |
| 99. | | | | | Sold | 12/04/18 | L | E | |
| 100. Hewlett Packard Company NTS ISIN (428236BV4) | A | Dividend | | | Sold | 03/26/18 | L | B | |
| 101. IShares TR Core MSCI EAFE (IEFA) | B | Dividend | | | Sold | 07/20/18 | L | A | |
| 102. Itron Incorporated (ITRI) | | None | K | T | Buy | 05/29/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Macy's Retail Holdings Inc NTS ISIN (55616XAN7) | | None | M | T | Buy | 08/24/18 | M | | |
| 104. McCormick & Company Incorporated Com (MKC) | B | Dividend | K | T | Sold (part) | 11/14/18 | K | D | |
| 105. Monmouth Real Estate Invt Corp Class A (MNR) | B | Dividend | K | T | | | | | |
| 106. Montgomery Cnty MD Hsg Rev Bds Ser 2018 A (6133495A3) | | None | L | T | Buy | 06/28/18 | L | | |
| 107. Newell Brands Incorporated (NWL) | A | Dividend | L | T | Buy | 11/28/18 | K | | |
| 108. | | | | | Buy (add'l) | 12/04/18 | K | | |
| 109. Nextera Energy Inc (NEE) | B | Dividend | L | T | | | | | |
| 110. Petiq Incorporated Com Class A (PETQ) | | None | | | Buy | 07/02/18 | L | | |
| 111. | | | | | Sold | 08/24/18 | K | D | |
| 112. Progressive Corporation Ohio (PGR) | A | Dividend | K | T | | | | | |
| 113. Trupanion Incorporated (TRUP) | | None | | | Buy | 09/28/18 | K | | |
| 114. | | | | | Sold | 11/05/18 | K | | |
| 115. Virginia College Bldg Auth VA EDL Facs Ser A (92778WCH7) | B | Interest | | | Sold | 03/06/18 | L | | |
| 116. Wells Fargo & Company MTN ISIN (94974BFN5) | C | Interest | M | T | | | | | |
| 117. Account #4 (H) | | | | | | | | | |
| 118. Raymond James Bank Deposit (cash) | A | Interest | | | Closed | 04/19/18 | K | | |
| 119. JPMorgan U.S. Government Money Market Fund (JJGXX) | A | Interest | K | T | Buy | 04/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Other Investments (H) | | | | | | | | | |
| 121. IBERIA (FORMERLY GIBRALTER) BANK (cash) | A | Interest | M | T | | | | | |
| 122. 1141 INVESTMENTS LLC | C | Interest | | | Redeemed | 01/07/18 | L | | |
| 123. 22 LANTERN LLC CLASS B | A | Rent | J | U | | | | | |
| 124. 22 LANTERN LLC CLASS C | | None | K | U | | | | | |
| 125. 22 LANTERN LLC CLASS D | | None | K | U | | | | | |
| 126. EZGREEN ASSOC LLC (Y) | | | | | | | | | |
| 127. HTG CRYSTAL COVE INVEST 10 PLUS LLC | | None | M | U | | | | | |
| 128. HTG CRYSTAL COVE INVEST II LLC | | None | K | U | | | | | |
| 129. KENDALL LAKES APTS LLC CLASS B | A | Rent | J | U | | | | | |
| 130. KENDALL LAKES APTS LLC CLASS C | | None | K | U | | | | | |
| 131. KENDALL LAKES APTS LLC CLASS D | | None | K | U | | | | | |
| 132. LAKEHOUSE I LTD | E | Rent | J | V | | | | | |
| 133. MARATHON LENDING CO II LLC | | None | K | U | | | | | |
| 134. MARATHON LENDING CO LLC | | None | K | U | | | | | |
| 135. OMAN TRUSTEE-NW 6 LLC | C | Interest | L | U | | | | | |
| 136. OMAN TRUSTEE-WALDIN 5 | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  OMAN TRUSTEE-TR-1 LLC | A | Interest | | | Redeemed | 11/28/18 | K | | |
| 138.  OMAN TRUSTEE-TR-2 LLC | C | Interest | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 56: Name change; see 2017, line 58.

Part VII, lines 64 and 105: Split of 2017, line 57.

Part VII, line 93: Name change; see 2017, line 83.

Part VII, line 94: Name change; see 2017, line 84.

Part VII, line 132: Valuation is based upon the amount of the initial purchase.

Part VII, lines 135, 137, and 138: Name changes; see 2017, lines 112, 114, and 115, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 16 (2017) was a partial sale.

**FINANCIAL DISCLOSURE REPORT**

Page 14 of 14

Name of Person Reporting

Huck, Paul C.

Date of Report

07/31/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul C. Huck**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544